In the Matter of WILLIAM REDMAN, on Behalf of Himself and as President of the Nassau County Federation for the Abatement of Aircraft Nuisance, and All Others Similarly Situated, Appellant, v. A. HOLLY PATTERSON, as County Executive of Nassau County, et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of RIVER DRIVE CONSTRUCTION CORP. et al., Respondents, v. BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Appellant, and DARA EQUITIES, INCORPORATED, Intervenor-Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of NICHOLAS SCANDORE, Doing Business as PARKVILLE AMUSEMENT CENTER, Respondent-Appellant, v. POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Appellants-Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.